IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,                )
                                         )
                        Plaintiff,       )            4:08CR3018
                                         )
        v.                               )
                                         )
LAWRENCE WESLEY JENKINS SR.,             )     ORDER ON MOTION FOR ADDITIONAL
                                         )          TIME TO SUBMIT RESPONSE
                        Defendants.      )
                                         )
_____    )

        IT IS ORDERED that the government's Motion for Additional Time to Submit Response,
ECF No. 112, is granted; the government shall on or before March 19, 2012, file and serve its
response to the Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2).

        Dated February 14, 2012.

                        BY THE COURT

                        s/ Warren K. Urbom
                        United States Senior District Judge