IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:08CR3018 |
| | ) | |
| v. | ) | |
| | ) | |
| LAWRENCE WESLEY JENKINS SR., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that the defendant's Motion to Continue Briefing Deadline, filing 115, is granted and the defendant, by and through his counsel, shall file and serve his brief on or before March 19, 2012.

Dated February 21, 2012.

                                                                  BY THE COURT

                                                                  s/ Warren K. Urbom
                                                                  United States Senior District Judge